COLUMBUS BAR ASSOCIATION *v*. MCNEAL.

[Cite as *Columbus Bar Assn. v. McNeal*, ___ Ohio St.3d ___, 2020-Ohio-6837.]

(No. 2017-0491—Submitted December 22, 2020—Decided December 23, 2020.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Earl Darren McNeal, Attorney Registration No. 0059218, last known business address in Columbus, Ohio.

{¶ 2} The court coming now to consider its order of August 27, 2020, wherein the court found respondent in contempt, revoked the previously imposed stay, and suspended respondent from the practice of law, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Columbus Bar Assn. v. McNeal*, 152 Ohio St.3d 37, 2017-Ohio-8775, 92 N.E.3d 840.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

———————————